FILED
September 10, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:07CR00359-FCD
           Plaintiff,         )
v.                            )   ORDER FOR RELEASE OF
                              )   PERSON IN CUSTODY
ANTHONY NAVARETTE,            )
                              )
           Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANTHONY NAVARETTE__ , Case No. 2:07CR00359-FCD , Charge __18USC § 922(g)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

      __ Unsecured Appearance Bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

      ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 10, 2007__ at __2:07 pm__ .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court