```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  ANTHONY NAVARETTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0359 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| ANTHONY NAVARETTE, | ) Date: January 22, 2008 |
|  | ) Time: 10:00 A.M. |
|  | ) Judge: Hon. Frank C. Damrell, Jr. |
|  | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for December 3, 2007 be vacated and a new date of January 22, 2008 at 10:00 a.m. be set for status.

The defense raised a Petite Policy issue with the government and the government notified defense counsel at the end of last week that they intend to proceed in Federal Court.  Defense counsel needs additional time to research legal remedies and discuss the case further with the government and the defendant.

It is further stipulated and agreed between the parties that the

period beginning December 3, 2007 to January 22, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 30, 2007

                                  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ANTHONY NAVARETTE

MCGREGOR W. SCOTT
United States Attorney

Dated:  November 30, 2007

/s/ Ned Smock for JILL THOMAS
JILL THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: November 30, 2007

                                    FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE