1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  ANTHONY NAVARRETE

7
                   IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  No. 2:07-cr-0359 FCD
                                    )
11              Plaintiff,          )
                                    )  STIPULATION AND ORDER
12       v.                         )
                                    )
13 ANTHONY NAVARRETE,               )  Date: February 19, 2008
                                    )  Time: 10:00 A.M.
14                                  )  Judge: Hon. Frank C. Damrell, Jr.
                                    )
15              Defendant.          )
   _____
16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, Jill Thomas, Assistant United States
18
   Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal
19
   Defender, attorney for defendant, that the current Status Conference
20
   for January 22, 2008 be vacated and a new date of February 19, 2008 be
21
   set for status.  The defense needs additional time to perform witness
22
   interviews and will be scheduling a time to view the physical evidence
23
   in the case.
24
        It is further stipulated and agreed between the parties that the
25
   period beginning January 22, 2008 to February 19, 2008, should be
26
   excluded in computing the time within which the trial of the above
27
   criminal prosecution must commence for purposes of the Speedy Trial Act
28

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 18, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

        /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ANTHONY NAVARRETE


MCGREGOR W. SCOTT
United States Attorney

Dated:  January 18, 2008

/s/ Ned Smock for JILL THOMAS
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE