DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANTHONY NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0359 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ANTHONY NAVARRETE, | ) | Date: March 17, 2008 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for February 19, 2008 be vacated and a new date of March 17, 2008 be set for status. The defense needs additional time to view physical evidence in this case. In addition, the defense has proposed a possible disposition. The parties need time to negotiate, and the defense needs time to discuss any possible disposition with the defendant.

It is further stipulated and agreed between the parties that the period beginning February 19, 2008 to March 17, 2008, should be

1 excluded in computing the time within which the trial of the above
2 criminal prosecution must commence for purposes of the Speedy Trial Act
3 for defense preparation.  All parties stipulate and agree that this is
4 an appropriate exclusion of time within the meaning of Title 18, United
5 States Code, Section 3161(h)(8)(iv) (Local Code T4).
6 Dated: February 14, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

       /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ANTHONY NAVARRETE


MCGREGOR W. SCOTT
United States Attorney

Dated:  February 14, 2008

/s/ Ned Smock for JILL THOMAS
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2